UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00159-FDW-DCK

| | | |
|---|---|---|
| JEFFERY RANDOLPH WATTERSON and RANDOLPH ALEXANDER WATTERSON, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | ORDER |
| vs. | ) ) | |
| WOODY BURGESS, JASON GREEN, FRANKIE DELLINGER, JENNIFER HOYLE, DAVID HODKINS, BOB AUSTELL, MIKE ALLRED, DAVID HODKINS, and the CITY OF CHERRYVILLE, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on *pro se* Plaintiff Jeffery R. Watterson's ("Plaintiff's") letter to the Court concerning his acceptance into the Pro Se Assistance Program (the "Program"). (Doc. No. 58). Given Plaintiff's *pro se* status, the Court will treat this letter as a motion for reconsideration of his acceptance into the Program. Accordingly, for the reasons set forth in Plaintiff's motion, the motion is GRANTED.

Additionally, as to Plaintiff Randolph Watterson, who is incarcerated in a facility outside of the Western District of North Carolina, the Clerk has been unable to find an attorney willing to represent him as part of the Program.

The Court also notes that Plaintiff has filed a Motion for Production of Documents From Government. (Doc. No. 59). Because this case is stayed pending Plaintiff's participation in the Program, the Court will defer its decision on this Motion until Plaintiff's completion of the Program.

1

IT IS SO ORDERED.

Signed: March 13, 2015

Frank D. Whitney
Chief United States District Judge