# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-159-FDW-DCK

| | |
|---|---|
| JEFFREY RANDOLPH WATTERSON and RANDOLPH ALEXANDER WATTERSON, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| WOODY BURGESS, et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion For Production Of Documents From Government" (Document No. 59) filed February 24, 2014, and Plaintiff Randolph A. Watterson's "Motion To Compel Discovery" (Document No. 61) filed April 14, 2015. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions, and the record, the undersigned will <u>deny</u> the motions, without prejudice.

The undersigned notes that the Honorable Frank D. Whitney issued an "Order" on March 13, 2015, approving Plaintiff Jeffrey R. Watterson's application for participation in the Court's Pro Se Settlement Assistance Program ("PSAP"). (Document No. 60). As such, Judge Whitney further directed that his matter be **stayed**, pending participation in the PSAP. <u>Id.</u> The Court expects that Plaintiff Jeffrey R. Watterson's PSAP counsel will soon be confirmed and that this matter will proceed directly to mediation.

In consultation with Judge Whitney's chambers, and recognizing the pending mediation process, the Court will deny the pending motions to compel without prejudice to being re-filed, if appropriate, following the lifting of the Court's stay.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Motion For Production Of Documents From Government" (Document No. 59) and Plaintiff Randolph A. Watterson's "Motion To Compel Discovery" (Document No. 61) are **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** until otherwise ordered by the Court.

Signed: April 17, 2015

David C. Keesler
United States Magistrate Judge