IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-159-FDW-DCK

| | |
|---|---|
| JEFFREY RANDOLPH WATTERSON and RANDOLPH ALEXANDER WATTERSON, Plaintiffs, v. WOODY BURGESS, et al., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.

The parties' designated mediator, Wayne Huckel, has informed the Court that additional time is needed to complete mediation. The Court appreciates Mr. Huckel's and the parties' efforts to resolve this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall have up to and including **July 31, 2015** to complete mediation and file a report on the results. Further extensions of this deadline are unlikely.

**SO ORDERED.**

Signed: June 23, 2015

David C. Keesler
United States Magistrate Judge