UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00159-FDW-DCK

| | |
|---|---|
| JEFFREY RANDOLPH WATTERSON and RANDOLPH ALEXANDER WATTERSON, </br></br> Plaintiff, </br></br> vs. </br></br> WOODY BURGESS, JASON GREEN, FRANKIE DELLINGER, JENNIFER HOYLE, DAVID HODKINS, BOB AUSTELL, MIKE ALLRED, DAVID HODKINS, and the CITY OF CHERRYVILLE, </br></br> Defendants. | ORDER |

THIS MATTER is before the Court on Plaintiff Randolph A. Watterson's letter to the undersigned of Court (Doc. No. 70). In his letter, which this Court liberally construes to be more appropriately considered as a "motion," Plaintiff Randolph A. Watterson requests this Court to permit him to participate in the mediation scheduled in accordance with the Pro Se Settlement Assistance Program ("PSAP"). This Court has previously denied this Plaintiff's request to participate in this voluntary program because he is resides outside this district and because the Clerk was unable to find an attorney to represent him. (Docs. Nos. 56, 60). The arguments in Randolph A. Watterson's instant "motion" do not change this fact. Accordingly, this motion is DENIED. This ruling should not deter the parties, including both Plaintiffs, from communicating with each other and engaging in settlement discussions.

    IT IS SO ORDERED.

Signed: July 24, 2015

_____
Frank D. Whitney
Chief United States District Judge

1