**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:13-CV-159-FDW-DCK**

| | |
|---|---|
| JEFFREY RANDOLPH WATTERSON and RANDOLPH ALEXANDER WATTERSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WOODY BURGESS, et al., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

On July 31, 2015, Mediator Wayne P. Huckel filed a "Certification Of Mediation Session" (Document No. 72) indicating that the parties reached an impasse. On August 5, 2015, the Honorable Frank D. Whitney issued an "Amended Case Management Order" (Document No. 73).

Under the circumstances, the undersigned will allow Plaintiffs a brief extension of time to file their Amended Complaint.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiffs shall file an Amended Complaint on or before **August 31, 2015.**

**IT IS FURTHER ORDERED** that *pro se* Plaintiffs' "Motion To Correct Typographical Error" (Document No. 63) and "Plaintiffs Notice of Defendants Identity" (Document No. 68) shall be **DENIED AS MOOT**.

The Clerk of Court is directed to send a copy of this Order to Plaintiffs at the addresses listed on the docket for the case, and by certified U.S. Mail, return receipt requested.

**SO ORDERED.**

Signed: August 11, 2015

David C. Keesler
United States Magistrate Judge