# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-159-FDW-DCK

| | |
|---|---|
| JEFFREY RANDOLPH WATTERSON, and RANDOLPH ALEXANDER WATTERSON, ) ) ) ) Plaintiffs, ) ) v. ) **ORDER** ) ) WOODY BURGESS, et al., ) ) Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff Randolph A Watterson's Motion To Compel Discovery" (Document No. 150) filed on August 15, 2016. The pending motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

Notably, Defendant Jason Green has not filed a response to the motion, and the time to do so has lapsed. See Local Rule 7.1(E). Plaintiff's motion indicates that Defendant Green's counsel represented that discovery responses would be provided no later than August 19, 2016. (Document No. 150 p.2). However, with no response or other notice on the record, there is no evidence before the Court that the promised discovery has been provided.

**IT IS, THEREFORE, ORDERED** that "Plaintiff Randolph A Watterson's Motion To Compel Discovery" (Document No. 150) is **GRANTED**. Defendant Green shall provide complete discovery responses to Plaintiff on or before **September 12, 2016**.

The Clerk of Court is further directed to send a copy of this Order to *pro se* Plaintiffs, and the *pro se* Defendant, at the addresses listed on the docket for the case by certified U.S. Mail, return receipt requested.

**SO ORDERED**.

Signed: September 7, 2016

David C. Keesler
United States Magistrate Judge