UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00159-FDW-DCK

| | |
|---|---|
| JEFFREY RANDOLPH WATTERSON and RANDOLPH ALEXANDER WATTERSON, <br><br>Plaintiff, <br><br>vs. <br><br>WOODY BURGESS, JASON GREEN, FRANKIE DELLINGER, JENNIFER HOYLE, DAVID HODKINS, BOB AUSTELL, MIKE ALLRED, DAVID HODKINS, CITY OF CHERRYVILLE, BEN BLACKBURN, SELECTIVE INS. OF S.C., CHERRYVILLE CITY POLICE DEPARTMENT AND CHERRYVILLE UTILITIES DEPT., <br><br>Defendants. | ORDER |

THIS MATTER is before the Court *sua sponte* concerning the trial date in this case. **The Court hereby continues trial in this matter from November 7, 2016, to a peremptory setting on January 30, 2017**. A pretrial conference will take place at 9:00 a.m. on Monday, January 30, 2017, with jury selection and trial to begin immediately thereafter. The parties should refer to the Case Management Order in this case for content requirements and deadlines for submission of joint proposed pretrial order and any motions in limine.

IT IS SO ORDERED.

Signed: October 26, 2016

Frank D. Whitney
Chief United States District Judge