UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00159-FDW-DCK

| | |
|---|---|
| JEFFREY RANDOLPH WATTERSON and RANDOLPH ALEXANDER WATTERSON, <br><br> Plaintiff, <br><br> vs. <br><br> WOODY BURGESS, JASON GREEN, FRANKIE DELLINGER, JENNIFER HOYLE, DAVID HODKINS, BOB AUSTELL, MIKE ALLRED, DAVID HODKINS, CITY OF CHERRYVILLE, BEN BLACKBURN, SELECTIVE INS. OF S.C., CHERRYVILLE CITY POLICE DEPARTMENT AND CHERRYVILLE UTILITIES DEPT., <br><br> Defendants. | ORDER TO PRODUCE |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina

TO:   Warden, Avery Mitchell Correctional Institution, North Carolina Department of Adult Correction

IT IS ORDERED that the Warden of Avery Mitchell Correctional Institution, North Carolina Department of Adult Correction, have the body of Randolph Alexander Watterson, offender #0427985), now incarcerated in the Avery Mitchel Correctional Institution, under safe and secure conduct before the undersigned United States District Judge Frank D. Whitney of the United States District Court in and for the Western District of North Carolina, at the courtroom in the City of Charlotte, North Carolina, FORTHWITH (on or before January 30, 2017, at 9:00 a.m.) to be present for the trial in this matter is currently scheduled to begin during the Court's trial term

beginning January 30, 2017. Mr. Watterson's trial is scheduled to begin at 9:00 a.m. on January 30, 2017, in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina 28202.

Because Mr. Watterson is not in federal custody for these proceedings, the United States Marshal Service shall not be responsible for accompanying Mr. Watterson while he is in the courthouse. The Warden shall responsible for having sufficient state law enforcement officers to be present at all times and responsible for maintaining custody of and ensure safe and secure conduct by Randolph Watterson for the duration of trial in this matter.

IT IS, THEREFORE, ORDERED that the Warden at Avery/Mitchell Correctional Institution must transport Plaintiff so that he is present for trial to begin on Monday, January 30, 2017, at 9:00 a.m. and then return him to the Avery/Mitchell Correctional Institution at the conclusion of trial.

IT IS FURTHER ORDERED that State Law Enforcement shall be present and responsible for maintaining custody of and ensure safe and secure conduct by Randolph Alexander Watterson for the duration of trial in this matter.

IT IS FURTHER ORDERED that the Clerk's Office is respectfully directed to send a copy of this Order to all parties and the Warden at the Avery/Mitchell Correctional Institution, as well as to Dawn McMahan and Tim Laughrun at the Avery Mitchell Correctional Institution, #4680, via fax (828.766.7016) and via mail to 600 Amity Park Road, Spruce Pine, North Carolina 28277.

IT IS SO ORDERED.

Signed: January 9, 2017

Frank D. Whitney
Chief United States District Judge