# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Randolph Alexander Watterson<br>Jeffrey Randolph Watterson**,** | ) | JUDGMENT IN CASE |
| Plaintiff(s), | )<br>)<br>) | 3:13-cv-00159-FDW-DCK |
| vs. | )<br>) | |
| Selective Ins. of S.C.<br>Woody Burgess<br>Jason Green<br>Frankie Dellinger<br>Jennifer Hoyle<br>Cherryville City Police Department<br>City of Cherryville<br>Cherryville Utilities Dept.<br>Bob Austell<br>Mike Allred<br>David Hodgkins<br>Ben Blackburn**,**<br>Defendant(s). | )<br><br><br><br><br><br><br><br><br><br><br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2017 Order.

September 22, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court